| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| JOHN COWAN SBN 168110<br>LAW OFFICES OF JOHN E. COWAN<br>100 PINE STREET SUITE 1250<br>SAN FRANCISCO, CA 94111<br>ATTORNEY FOR  Plaintiff | (888) 252-1231 | |
| NORTHERN DISTRICT, OAKLAND<br>1301 Clay Street Ste 400 S<br>Oakland, CA 92707 | | |
| SHORT TITLE OF CASE:<br>LATHAM, et al., SCOTT | | |

| DATE: | TIME: | DEP./DIV. | | CASE NUMBER:<br>3:19-CV-02517-JSC |
|---|---|---|---|---|
| | | **Declaration of Service** | | Ref. No. or File No:<br>3:19-CV-02517-JSC |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**SUMMONS AND COMPLAINT, ADR PROCEDURES HANDBOOK;**

On: **NVEST SV, INC.**

I served the summons at:

**6754 Bernal Ave # 411   Pleasanton, CA 94566**

On: **9/9/2019**          Date:  **02:39 PM**

In the above mentioned action  by substituted service and leaving with
**"JOHN DOE" (Gender: M Age: 25 Height: 6'2" Weight: 170 Race: Indian  Hair: Black Other: ) - EMPLOYEE**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Joshua Hutchinson**
b. Address: **P.O. Box 5383, Walnut Creek, CA 94596**
c. Telephone number: **800-675-6666**
d. **The fee** for this service was: **80.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Joshua Hutchinson                                    Date: **09/11/2019**

D&T Legal Services

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) **JOHN COWAN SBN 168110** **LAW OFFICES OF JOHN E. COWAN** **100 PINE STREET SUITE 1250** **SAN FRANCISCO, CA 94111** ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER **(888) 252-1231** | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, OAKLAND 1301 Clay Street Ste 400 S Oakland, CA 92707 | | |
| SHORT TITLE OF CASE: LATHAM, et al., SCOTT | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER: 3:19-CV-02517-JSC |
| **Declaration of Diligence** | | Ref. No. or File No: 3:19-CV-02517-JSC |

United States District Court

Person to Serve: **NVEST SV, INC.**

Documents Received: **SUMMONS AND COMPLAINT, ADR PROCEDURES HANDBOOK;**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

| Sep 07 2019 | 08:33 AM | 6754 Bernal Ave # 411, Pleasanton, CA 94566; THIS IS A UPS STORE. IT IS CLOSED AT THIS TIME. |
| Sep 09 2019 | 02:39 PM | 6754 Bernal Ave # 411, Pleasanton, CA 94566; THE EMPLOYEE CONFIRMED THE SUBJECT HAS BOX #411 HERE. |

Person attempting service:

   a. Name: **Joshua Hutchinson**
   b. Address: **P.O. Box 5383, Walnut Creek, CA 94596**
   c. Telephone number: **800-675-6666**
   d. **The fee** for this service was: **80.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Joshua Hutchinson        Date: 09/11/2019

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>JOHN COWAN SBN 168110<br>LAW OFFICES OF JOHN E. COWAN<br>100 PINE STREET SUITE 1250<br>SAN FRANCISCO, CA 94111<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>(888) 252-1231 | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, OAKLAND<br>1301 Clay Street Ste 400 S<br>Oakland, CA 92707 | | |
| SHORT TITLE OF CASE:<br>LATHAM, et al., SCOTT | | |
| DATE:       TIME:       DEP./DIV. | | CASE NUMBER:<br>3:19-CV-02517-JSC |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>3:19-CV-02517-JSC |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **09/10/2019**, I served the within:
**SUMMONS AND COMPLAINT, ADR PROCEDURES HANDBOOK;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Walnut Creek**, California, addressed as follows:

**NVEST SV, INC.**
**6754 Bernal Ave # 411   Pleasanton, CA 94566**

Declarant:

  a. Name: **Sofija Schoevaars**
  b. Address: **P.O. Box 5383, Walnut Creek, CA 94596**
  c. Telephone number: **800-675-6666**
  d. **The fee** for this service was: **80.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Sofija Schoevaars         Date: **09/11/2019**

| Declaration of Service by Mail | Invoice #: 2967466-02 |