| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| JOHN COWAN SBN 168110<br>LAW OFFICES OF JOHN E. COWAN<br>100 PINE STREET SUITE 1250<br>SAN FRANCISCO, CA 94111<br>ATTORNEY FOR Plaintiff | (888) 252-1231 | |
| NORTHERN DISTRICT, OAKLAND<br>1301 Clay Street Ste 400 S<br>Oakland, CA 92707 | | |
| SHORT TITLE OF CASE:<br>LATHAM, et al., SCOTT | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>3:19-CV-02517-JSC |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>3:19-CV-02517-JSC |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**SUMMONS AND COMPLAINT, ADR PROCEDURES HANDBOOK;**

On: **STEVEN YAMAJI**

I personally served the summons on the individual at:

**965 Richard Ln   Danville, CA 94526**

On: **8/30/2019**        Date: **03:59 PM**

Person attempting service:

a. Name: **Joshua Hutchinson**
b. Address: **P.O. Box 5383, Walnut Creek, CA 94596**
c. Telephone number: **800-675-6666**
d. **The fee** for this service was: **140.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**D&T Legal Services**

Joshua Hutchinson        Date: **09/06/2019**

Declaration of Service        Invoice #: 2948246-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**JOHN COWAN SBN 168110**<br>**LAW OFFICES OF JOHN E. COWAN**<br>**100 PINE STREET SUITE 1250**<br>**SAN FRANCISCO, CA 94111**<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(888) 252-1231** | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, OAKLAND<br>1301 Clay Street Ste 400 S<br>Oakland, CA 92707 | | |
| SHORT TITLE OF CASE:<br>LATHAM, et al., SCOTT | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>3:19-CV-02517-JSC |
| **Declaration of Reasonable Diligence** | | Ref. No. or File No:<br>3:19-CV-02517-JSC |

Person to Serve: **STEVEN YAMAJI**

Documents Received: **SUMMONS AND COMPLAINT, ADR PROCEDURES HANDBOOK;**

I declare the following attempts were made to effect personal service, no other residence or business address is known to me:

| | | |
|---|---|---|
| **Aug 26 2019** | 05:41 PM | 37 Chestnut Pl, Danville, CA 94506; NO ANSWER. BLINDS ARE CLOSED. NO LIGHTS ON. NO CARS PRESENT. |
| **Aug 27 2019** | 08:29 AM | 37 Chestnut Pl, Danville, CA 94506; BAD ADDRESS. SPOKE WITH THE CURRENT OCCUPANT, MIDDLE EASTERN FEMALE, 50 YRS, 5'7, 140, BLK HR, WHO STATED THE SUBJECT USED TO BE THE PREVIOUS OWNER. DOESN'T RECEIVE ANY MAIL HERE. |
| **Aug 30 2019** | 03:59 PM | 965 Richard Ln, Danville, CA 94526; Personally Served |

Person attempting service:

a. Name: **Joshua Hutchinson**
b. Address: **P.O. Box 5383, Walnut Creek, CA 94596**
c. Telephone number: **800-675-6666**
d. **The fee** for this service was: **140.00**
e. **I** am an independent contractor:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



Joshua Hutchinson                                           Date: **09/06/2019**