John E. Cowan (SBN 168110)
Law Offices of John E. Cowan
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone No.: (888) 252-1231
Fax No.: (415) 554-3743
john@johncowanlaw.com

Attorney for Plaintiffs,
Scott Latham and Virginia Deutsch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT LATHAM; VIRGINIA DEUTSCH, <br><br> Plaintiffs, <br><br> v. <br><br> NVEST SV, INC.; PATRICK GUEVARA; PT DIGITAL CAPITAL INDONESIA/MALAYSIA; TAKALA HUTASOIT; WALTER KAMINSKI; RUSLANA GOLUNOVA; STEVEN YAMAJI; ALEKSEY BUGAEV; ILYA BUGAEV; STORDIO, a business entity; and DOES 1-25, <br><br> Defendants. | Case No.: 3:19-cv-02517-JSC <br><br> **SECOND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Case Management Conference: <br><br> Date:  10/10/2019 <br> Time:  1:30 p.m. <br> Dept:  Courtroom F, 15th Floor |

I, John E. Cowan, declare and state:

1. I am the attorney for plaintiffs in the above-captioned matter. If called as a witness, I would competently testify to the following:

2. There are two defendants that are located in Jakarta, Indonesia, PT Digital Capital, and Takala Hutasoit, and three in Singapore, Walter Kaminski, Alekse Bugaev and Ilya Bugaev. The Summons was issued as to the overseas defendants on May 28, 2019. My office served each according to non-Hague Convention rules, via Registered Mail, and also concurrently with DHL hand delivery to each. The only overseas defendant who were able to

deliver the Summons and Complaint, and Waiver of Notice, was Takala Hutasoit; DHL was unable to serve the Singapore defendants (office closed, no response to calls and emails). No response has been received from Mr. Hutasoit.

3. Having not received any response to mail service to the California defendants, plaintiffs caused them to be personally served. Three California defendants, Steven Yamaji, Patrick Guevara, and NVest SA (in care of Guevara) were served, and Proofs of service have been filed with the Court. Answers are due on September 20, 2019 and September 30, 2019, respectively. Despite six attempts, plaintiffs have been unable to serve defendant Rushlana Golunova at her residence in San Ramon. Additional attempts are being made. Defendant StorDio appears to be an entity that no longer exists, and it may be necessary to dismiss that defendant from the lawsuit.

3. Counsel is awaiting authorization from plaintiffs to expend sums to retain a process server to personally serve the overseas defendants, which is very expensive (approximately $6,000).

4. It will be difficult to properly prepare and file a Case Management Conference Statement by the deadline of October 3, 2019, because all defendants have not as yet been served.

4. Good cause exists for a continuation of the October 10, 2019 Case Management Conference in order for all defendants to respond to the complaint, and I respectfully request a new date one and a half to two months hereafter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2019 at San Francisco, California.

/s/ John E. Cowan

The initial case management conference is continued to December 5, 2019 at 1:30 p.m. and a joint case management conference statement shall be filed seven days prior.
Dated: September 18, 2019

GRANTED
Judge Jacqueline Scott Corley